Opinion issued February 23, 2012



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01081-CV

———————————

In RE Frank E. Foster and FEF FAmily Limited Partnership, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Relators Frank
E. Foster and FEF Family Limited Partnership filed a petition for writ of
mandamus challenging the trial court’s May 20, 2011 order granting partial
summary judgment and its November 22, 2011 order denying relators’ plea to the
jurisdiction.[*]  We deny the petition for writ of
mandamus.  See Tex. R. App. P.
52.8(a).

PER CURIAM

Panel
consists of Justices Jennings, Massengale, and Huddle.











[*]
        The underlying case is Southern Crushed Concrete, L.L.C. v. Frank
E. Foster, Jr. and FEF Family Limited Partnership, Ltd., Cause No.
2010-38021, In the 133rd District Court of Harris County, Texas.  The respondent is the Honorable Jaclanel M.
McFarland.